JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVID HENRY, ) | Case No. LA CV 15-9711 DDP (JCG) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| JACK L. ALLBRITTON, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: February 10, 2016

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE